The People of the State of New York v. Laurence Carroll.— Motion to dismiss appeal granted. Concur—Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

 Ben Rubin, Doing Business as Island Factors Company, v. Freeman Electric Construction Co., Inc., et al.—Motion granted and the stay contained in the order to show cause dated February 4, 1959 is continued pending the hearing and determination of the appeal, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 19, 1959, with notice of argument for March 31, 1959, said appeal to be argued or submitted when reached. Concur—Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

 In the Matter of Irving D. Lipkowitz et al., as Executors of Else F. Schlemmer, Deceased, Respondents. Saul Smith et al., Appellants.—Motion to dismiss appeal granted, with $10 costs. Concur—Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

 Anna Rothenberg v. Adolf Rothenberg.—Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 19, 1959, with notice of argument for March 31, 1959, said appeal to be argued or submitted when reached, and upon the further condition that the attorney for the appellant continues to hold the sum of $500 in escrow, pending the hearing and determination of the appeal, as security for the payment of the amounts directed to be paid under the order appealed from. Concur—Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

## Second Department, February, 1959

### (February 2, 1959)

 Lawrence R. Bailey, Appellant, v. Cora T. Walker, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present—Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.